AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| WildEarth Guardians | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 1:15-cv-00159-SMV-KBM |
| U.S. Army Corps of Engineers, U.S. Fish and Wildlife Service | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Civil Process Clerk
        Attn: Ms. Cindy Hill
        201 3rd St. NW
        Albuquerque, NM 87102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Samantha Ruscavage-Barz
        WildEarth Guardians
        516 Alto St.
        Santa Fe, NM 87501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Friday, February 27, 2015

Inez Duran
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-00159-SMV-KBM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Pursuant to Fed.R.Civ.P. 4(i), served via certified mail, return receipt requested.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/27/2015                           /s/ Samantha Ruscavage-Barz
                                           *Server's signature*

                                    Samantha Ruscavage-Barz, Attorney for Plaintiff
                                           *Printed name and title*

                                                516 Alto St.
                                           Santa Fe, NM 87501
                                           *Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Civil Process Clerk
Street, Apt. No.; or PO Box No. P.O. Box 607
City, State, ZIP+4 Albuquerque, NM 87103

7012 0470 0001 5981 2768

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
U.S. Attorney's Office for
Dist. of N.M.
P.O. Box 607
Albuquerque, NM 87103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Anthony Coutrion    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7012 0470 0001 5981 2768

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Case 1:15-cv-00159-WJ-KBM Document 3 Filed 04/06/15 Page 4 of 4

English  Customer Service  USPS Mobile  Register / Sign In



# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

Tracking Number: 70120470000159812768

Updated Delivery Day: Wednesday, April 1, 2015

## Product & Tracking Information

**Postal Product:**  **Extra Svc:**
Certified Mail™

## Available Actions

**Text Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 1, 2015, 8:03 am** | **Delivered** | **ALBUQUERQUE, NM 87103** |

**Email Updates**

**Return Receipt After Mailing**

Your item was delivered at 8:03 am on April 1, 2015 in ALBUQUERQUE, NM 87103.

| April 1, 2015, 7:15 am | Available for Pickup | ALBUQUERQUE, NM 87103 |
| April 1, 2015, 7:09 am | Arrived at Unit | ALBUQUERQUE, NM 87103 |
| April 1, 2015, 3:20 am | Departed USPS Facility | ALBUQUERQUE, NM 87121 |
| March 31, 2015, 10:30 pm | Arrived at USPS Facility | ALBUQUERQUE, NM 87121 |

## Track Another Package

**Tracking (or receipt) number**

Track It

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2015 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction.action?tRef=fullpage&tLc=1&text28777=&tLabels=70120470000159812768     1/2