UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| WILDEARTH GUARDIANS,           )<br>                                                            )<br>       Plaintiff,                             )<br>                                                            )<br>       v.                                           )<br>                                                            )<br>U.S. ARMY CORPS OF ENGINEERS and )<br>U.S. FISH AND WILDLIFE SERVICE,   )<br>                                                            )<br>       Federal Defendants.             )<br>_____)  | Case No. 1:15-cv-00159-WJ-KBM |

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to Local Rule 83.6, Samantha Ruscavage-Barz and Daniel Timmons, counsel for Plaintiff, submit this notice of change of address. For U.S. Mail deliveries, counsel for Plaintiff should henceforward be contacted at:

WildEarth Guardians
301 N. Guadalupe Street, Suite 201
Santa Fe, NM 87501

The email addresses and phone numbers of Plaintiff's counsel have not changed.

Respectfully submitted on this 1st day of July 2019.

*/s/ Daniel Timmons*                                    */s/ Samantha Ruscavage-Barz*
Daniel Timmons                                             Samantha Ruscavage-Barz
WildEarth Guardians                                       WildEarth Guardians
301 N. Guadalupe Street, Ste. 201                 301 N. Guadalupe Street, Ste. 201
Santa Fe, NM 87501                                       Santa Fe, NM 87501
505.570.7014                                                   505.401.4180
dtimmons@wildearthguardians.org            sruscavagebarz@wildearthguardians.org

*Attorneys for Plaintiff.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Samantha Ruscavage-Barz*